**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 30, 2006

Jeffrey W. Styles
1301 Pennsylvania Avenue, SE,
Washington, DC 20003

Re: Raymond Brown and Celeana Brown, Pltfs. vs. HSBC Finance Corporation, Dft.
Case No. 1:06CV00364 HHK

Dear Sir/Madam:

We are herewith returning the Summons, Notice, Complaint, Prayer for Relief and Jury Demand which we received regarding the above captioned matter.

HSBC Finance Corporation is not listed on our records or on the records of the State of DC.

Very truly yours,


Mark Diffenbaugh
Fulfillment Manager

Log# 511280773

cc: (DC) District of Columbia District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC 20001

cc: New York SOP Support

    Federal Express Tracking #719753069058

RECEIVED
JUL 3 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Raymond Brown &
Celeana Brown

**SUMMONS IN A CIVIL CASE**

V.

HSBC Finance Corporation d/b/a
Household Finance Corporation (HFC)

CASE NUMBER  1:06CV00364

CASE NUMI

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 03/01/2006

TO: (Name and address of Defendant)

HSBC Finance Corporation d/b/a
Household Finance Corporation (HFC)
District of Columbia Registered Agent.
CT Corporations System
1015 15th Street Northwest, Suite 100
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffery W. Styles, Esq
1301 Pennsylvania Ave SE
Washington, DC 20003
202-544-9433
jstyles@washlegal.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     MAR 0 1 2006
_____        _____
CLERK                                           DATE

_____
(By) DEPUTY CLERK



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ancy M. Mayer-Whittington
lerk of Court

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC § 636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned to all purposes to a Magistrate Judge.

CO-942A
Rev. 7/99

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND BROWN )
CELEANA BROWN )
6932 9th Street Northwest )
Washington, D.C. 20012 )
)
      Plaintiff, )
)

v

HSBC FINANCE CORPORATION
d/b/a HOUSEHOLD FINANCE CORPORATION III
A Delaware Corporation
2700 Sanders Road
Prospect Heights, IL 60070 )
)
      Defendant. )
)

CASE NUMBER 1:06CV00364
JUDGE: Henry H. Kennedy
DECK TYPE: General Civil
DATE STAMP: 03/01/2006

## COMPLAINT

(Breach of Contract)

NOW COMES Plaintiffs, Raymond & Celeana Brown by and through counsel, Jeffery W. Styles and the Washington Legal Group, and complains as follows:

### I. JURISDICTION

1. Jurisdiction is founded on diversity of jurisdiction and amount in controversy as supported by 28 U.S.C. §1331, et seq.

2. Plaintiffs are citizens of the District of Columbia.

3. Defendant is a corporation incorporated in the State of Delaware with principal offices located in Prospect Heights, Illinois and doing business in the District of Columbia as HFC, Inc.

1

Brown, Raymond
715 Crittenden St NE
Washington DC 20017

CERTIFIED MAIL

7005 1820 0007 2086 5030





U.S. POSTAGE PAID
WASHINGTON
20017
JUN 26
AMOUNT
$5.1
000677

HFC c/o Ct Comp. System
1015 15th St NW #1000
Washington DC 20005