AO 440 (Rev. DC - September 2003) Summons in a Civil Action

06-0364

## RETURN OF SERVICE

| | DATE 8/26/06 |
|---|---|
| Service of the Summons and complaint was made by me | |
| NAME OF SERVER (PRINT) Certified Return Receipt | TITLE Brown vs HFC Case # 06cv00364 (HHK) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Signature Return Receipt
HFC, P.O. Box 1566
Chesapeake, VA 23327

☒ Other (specify): Signature Required a Certified Returned post Office

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date                Signature of Server

_____
Address of Server

Return Address
R. Brown
715 Crittenden ST NE
Wash DC 20017

RECEIVED
AUG 29 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Vinita W—  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/7/06 |
| 1. Article Addressed to:<br><br>HFC<br>P.O Box 1566<br>Chesapeak VA 23327 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0007 2086 5092 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
CHESAPEAKE VA 23327

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark Here 07/05/2006

7005 1820 0007 2086 5092

Sent To: HFC
Street, Apt. No.; or PO Box No.: P.O Box 1566
City, State, ZIP+4: Chesapeak VA 23327

PS Form 3800, June 2002   See Reverse for Instructions