06-0364

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/26/06 |
| NAME OF SERVER (PRINT) Certified Return Reet Signature | TITLE Brown vs HR Case # 106cv00364 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Signature Return Reet
HR 1421 Kristina Way
Chesapeak VA 23320

☒ Other (specify): Signature Required & Certified Return Reet

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date            Signature of Server

Address of Server

Return Address
R. Brown
715 Crittenden St NE
Wash DC 20017

RECEIVED
AUG 29 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7005 1820 0007 2086 5078   **Date/Time Mailed:** 07/05/2006 14:51

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 23320 | **City:** CHESAPEAKE | **State:** VA |
| **Origin** | **ZIP Code:** 20017-9997 | **City:** WASHINGTON | **State:** DC |

**Class:** First Class

**Anticipated Delivery Date:** 07/07/2006

**Weight:** 0 lb(s) 3 oz(s)           **Postage:** $0.87

**Firm Book ID:** 51NY 8HV5 0000 0000 0059

**Delv Rqmt:** Normal           **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7005 1820 0007 2086 5078 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 07/07/2006 09:18 | CHESAPEAKE, VA 23327 | NY8HV5 |
| | Firm Name: HFC 2010 2070 2050 | | |
| | Recipient: 'V WHITEHURST' | | |
| | Request Delivery Record | | |
| | (A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.) | | |
| ARRIVAL AT UNIT | 07/07/2006 09:09 | CHESAPEAKE, VA 23320 | NY8HV5 |
| NOTICE LEFT | 07/07/2006 09:01 | CHESAPEAKE, VA 23320 | 00A74C29K |
| ARRIVAL AT UNIT | 07/07/2006 06:34 | CHESAPEAKE, VA 23320 | 00A96Y47U |
| ACCEPT OR PICKUP | 07/05/2006 14:51 | WASHINGTON, DC 20017 | |

Enter Request Type and Item Number:

Quick Search ⦿      Extensive Search ○

Explanation of Quick and Extensive Searches

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.