UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

RAYMOND BROWN                          *
CELEANA BROWN
                                       *
     Plaintiffs
                                       *
vs.
                                       *   CASE NO. 1:06CVO0364
HSBC FINANCE CORPORATION
d/b/a HOUSEHOLD FINANCE CORPORATION    *

     Defendant                         *

*        *        *        *        *        *        *

ANSWER TO COMPLAINT

Now comes HSBC Finance Corporation d/b/a Household Finance Corporation III by Gerald Danoff, and Danoff & King, P.A., their attorneys, and in Answer to the Plaintiff's Complaint states:

1.   The allegations contained in Paragraph 1 are admitted.

2.   The allegations contained in Paragraph 2 are admitted.

3.   The allegations contained in Paragraph 3 are admitted.

4.   The allegations contained in Paragraph 4 are admitted.

5.   The allegations contained in Paragraph 5 are admitted.

6.   The allegations contained in Paragraph 6 are admitted.

7.   The allegations contained in Paragraph 7 are admitted.

8.   The allegations contained in Paragraph 8 cannot be admitted or denied.

9.   The allegations contained in Paragraph 9 cannot   be admitted or denied.

10.  The allegations contained in Paragraph 10 are admitted.

11.  The allegations contained in Paragraph 11 cannot be

admitted or denied.

12.    The allegations contained in Paragraph 12 cannot be admitted or denied.

13.    The allegations contained in Paragraph 13 are admitted.

14.    The allegations contained in Paragraph 14 are denied.

15.    The allegations contained in Paragraph 15 are denied.

16.    The allegations contained in Paragraph 16 are denied.

17.    The allegations contained in Paragraph 17 are denied.

18.    The allegations contained in Paragraph 18 are denied.

19.    The allegations contained in Paragraph 19 are denied.

20.    The allegations contained in Paragraph 20 are denied.

21.    The allegations contained in Paragraph 21 are denied.

22.    The allegations contained in Paragraph 22 are admitted.

23.    The allegations contained in Paragraph 23 are admitted.

24.    The allegations contained in Paragraph 24 are admitted.

25.    The allegations contained in Paragraph 25 are denied.

26.    The allegations contained in Paragraph 26 are admitted.

27.    The allegations contained in Paragraph 27 are denied.

28.    The allegations contained in Paragraph 28 are denied.

29.    The allegations contained in Paragraph 29 are admitted.

30.    The allegations contained in Paragraph 30 are denied.

31.    The allegations contained in Paragraph 31 are denied.

32.    The allegations contained in Paragraph 32 are denied.

33.    The allegations contained in Paragraph 33 are denied.

34.    The allegations contained in Paragraph 34 are admitted.

35.    The allegations contained in Paragraph 35 are admitted.

36.    The allegations contained in Paragraph 36 are admitted,

and further states Plaintiffs settled on all litigation matters.

37. The allegations contained in Paragraph 37 are denied.

38. The allegations contained in Paragraph 38 cannot be admitted or denied and further states Plaintiffs signed the Settlement Agreement resolving all cases.

39. The allegations contained in Paragraph 39 cannot be be admitted or denied.

40. The allegations contained in Paragraph 40 are admitted.

41. The allegations contained in Paragraph 41 are admitted.

42. The allegations contained in Paragraph 42 cannot be admitted or denied.

43. The allegations contained in Paragraph 43 cannot be admitted or denied.

44. The allegations contained in Paragraph 44 are admitted.

45. The allegations contained in Paragraph cannot be admitted or denied.

46. The allegations contained in Paragraph 46 cannot be admitted or denied.

47. The allegations contained in Paragraph 47 are denied.

48. The Defendant re-alleges it answers to Paragraphs 1 – 47 of this Answer to Complaint.

49. The allegations contained in Paragraph 49 are denied.

50. The allegations contained in Paragraph 50 are denied.

51. The allegations contained in Paragraph 51 are denied.

52. The allegations contained in Paragraph 52 are denied.

53. The allegations contained in Paragraph 53 are denied.

54.  The allegations contained in Paragraph 54 are denied.

55.  The allegations contained in Paragraph 55 are denied.

56.  The Defendant re-alleges it answers to Paragraphs 1 – 55 of this Answer to Complaint.

57.  The allegations contained in Paragraph 57 are denied.

58.  The allegations contained in Paragraph 58 are denied.

59.  The allegations contained in Paragraph 59 are denied.

60.  The allegations contained in Paragraph 60 are denied.

61.  The allegations contained in Paragraph 61 are denied.

62.  The allegations contained in Paragraph 62 are denied.

63.  The allegations contained in paragraph 63 are denied.

64.  The allegations contained in Paragraph 64 are denied.

65.  The Defendant re-alleges it answers to Paragraphs 1 – 65 of this Answer to Complaint.

66.  The allegations contained in Paragraph 66 are denied.

67.  The allegations contained in Paragraph 67 are denied.

68.  The allegations contained in Paragraph 68 are denied.

69.  The allegations contained in Paragraph 69 are denied.

**FIRST AFFIRMATIVE DEFENSE**

70.  The Complaint is barred by the doctrine of accord and satisfaction.

**SECOND AFFIRMATIVE DEFENSE**

71.  The Complaint is barred by the doctrine of estoppel.

**THIRD AFFIRMATIVE DEFENSE**

72.  The Complaint is barred by the doctrine of res judicata.

**FOURTH AFFIRMATIVE DEFENSE**

73.  The Complaint is barred by the doctrine of statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

74.  The Complaint is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

75.  The Plaintiff has brought this action against the wrong corporate entity.

WHEREFORE, Debtor prays that:

A.  The Complaint be dismissed;

B.   The Court grant such other and further relief as is just.

/s/[Gerald Danoff]
Gerald Danoff, #01244
DANOFF & KING, P.A.
Suite 810
409 Washington Avenue
Towson, Maryland 21204
(410) 583-1686
Attorney for Defendant

CERTIFICATE OF MAILING

I hereby certify that on this 12TH day of September, 2006, I mailed a copy of the foregoing Answer To Complaint To Jeffrey E. Styles, Esquire, 1301 Pennsylvania Avenue, S.E., Washington, DC 20003, attorney for the Plaintiff.


/s/[Gerald Danoff]
Gerald Danoff