# EXHIBIT 4

RECEIVED MAY 0 1 2003

# IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

1149023

| | |
|---|---|
| CELENA BROWN, et.al., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 02ca005309 |
| v. | ) |
| | ) Calendar No. # 12 |
| DANOFF, KING & HOFMEISTER, et. al., | ) Judge Campbell |
| Defendants, | ) |

## *MOTION TO WITHDRAWAL*

NOW COMES, the counsel for the plaintiff to request leave to withdraw from this matter based on the following:

1. The plaintiffs have entered an agreement to settle this matter this matter on or about February 14, 2003.

2. The plaintiffs wish to proceed with additional matters in this case, however, due to a mutual agreement between the plaintiffs and counsel and due to the plaintiffs' financial constraints, the plaintiffs intend to proceed pro se.

3. As a result, the plaintiffs have terminated the services of counsel.

4. The Court will note that no trial or hearing is currently scheduled in this matter, therefore, the plaintiffs will not be prejudiced by counsel's withdrawal.

WHEREFORE, counsel request that this Court grant counsel leave to withdrawal for the reasons as stated herein.

## POINTS AND AUTHORITIES

1. SCR-Civil Rule 101

Page 1 of 5

2. The Discretion of this Court

RESPECTFULLY SUBMITTED:

_____
Darryl F. White, #415229
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
(202) 882-4880
Attorney for the Plaintiff

## CONSENT OF THE PLAINTIFFS

We, Celena Brown and Raymond Brown, do hereby consent to the withdrawal of counsel, Darryl F. White from this case as his services regarding this matter have been terminated.

_____
Celena Brown

_____
Raymond Brown

4/23/03
_____
Date

Page 2 of 5

# IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| CELENA BROWN, et.al., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 02ca005309 |
| v. | ) |
| | ) Calendar No. # 12 |
| DANOFF, KING & HOFMEISTER, et. al., | ) Judge Campbell |
| Defendants, | ) |

## ORDER

*UPON CONSIDERATION* of Counsel's Motion to Withdraw, and it appearing that the Motion has been filed with the consent of the Plaintiffs and the Motion has been filed in compliance with this Court's rules, it is Ordered, this __ Day of _____, 2003,

*ORDERED*, that Counsel Darryl F. White's Motion to Withdraw is hereby **GRANTED**.

*IT IS SO ORDERED.*

_____
**JUDGE**


Darryl F. White
4308 Georgia Avenue, N.W.
Washington, D.C. 20011

Michael N. Russo, Jr.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404-2289

Gerald Danoff
409 Washington Avenue
Suite 810
Towson, Maryland 21204

Celena Brown
Raymond Brown
6932 - 9th Street, N.W.
Washington, D.C. 20011

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw was mailed, postage pre-paid this 23rd Day of April, 2003, to the following:

Michael N. Russo, Jr.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404-2289

Gerald Danoff
409 Washington Avenue
Suite 810
Towson, Maryland 21204

Celena Brown
Raymond Brown
6932 - 9th Street, N.W.
Washington, D.C. 20011

_____
Darryl F. White

Page 5 of 5