# Exhibit 7

//490 23

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| RAYMOND BROWN, | * | |
| Plaintiff | * | |
| v. | * | |
| DANOFF, KING & HOFMEISTER, et al., | * | Case No.: 02-005309<br>Cal: 12 |
| | * | Judge Campbell |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING MOTION TO REOPEN CASE

Plaintiffs Raymond Brown and Celena Brown, having filed a Motion to Reopen Case, and this Court having reviewed the Motion and the Answer to Motion to Strike Settlement of Household Finance Corporation III and the Opposition to the Motion filed by Defendants McCurdy and A.D.M., LLC and the Court having determined that the relief requested in the Motion to Reopen Case is not appropriate, it is this  8th  day of  July , 2003 by the Superior Court of the District of Columbia,

**ORDERED**: that the Motion to Reopen Case be, and the same hereby is, DENIED.

_____
JUDGE, Superior Court of the
District of Columbia

cc: Mr. Raymond Brown
  Ms. Celena Brown
  1451 Claridge Road
  Glen Oak, MD 21207

DOCKETED JUL 1 1 2003

MAILED JUL 1 1 2003

Gerald Danoff, Esq.
Danoff, King & Hofmeister
409 Washington Avenue, #800
Towson, MD 21204

Michael N. Russo, Jr., Esq.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289