Exhibit 9

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

Celeana Brown
6932 9th NW
Wash DC 20012

_____
_Plaintiff_

HFC c/o Danoff vs. King Hoffmeister          Civil Action No. _____
400 Wash Ave # 810
Towson Md 21204

_____
and
NEA Investment LLC     _Defendant_
7411 Rigg Rd # 107
Hyattsville Md 20743

**ORDER**
(TRO)

Upon consideration of the motion _____

filed by _Celeana Brown_ _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this  **27th**

day of **April** , 200**8** ,

ORDERED:

(1) That the motion be, and it is hereby,   ☐ GRANTED   ☒ DENIED

(2) That _this new case and the request for_
_injunctive relief is dismissed and denied for_
_reasons stated in defendants' Opposition._
_See CA 5305-02, settled & dismissed with prejudice_
_2-14-03; Order Denying Motion to Reopen filed July 8, 2003_
_[Plff intitld to pursue fraud claim.]_

Copies to:
parties in court

_Mary Ellen Abrecht_
**JUDGE**