UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN and<br>CELEANA BROWN | *<br>* |
| Plaintiff | * |
| vs. | *   Case No.:  1:06CV00364 |
| HSBC FINANCE CORPORATION<br>D/B/A HOUSEHOLD FINANCE CORPORATION | *<br><br>* |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

It is hereby **ORDERED** on this _____ day of _____, 2006, by the United States District Court for the District of Columbia that the Defendant's Motion for Summary Judgment is granted against the Plaintiffs and this case is hereby **DISMISSED**.

_____
Judge
United States District Court
For the District of Columbia