UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC FINANCE CORPORATION d/b/a HOUSEHOLD FINANCE CORPORATION III,<br><br>　　　　　Defendant. | Civil Action 06-00364 (HHK) |

ORDER

　　Before the court is defendant's motion for summary judgment. LCvR 7(h) requires that such a motion be accompanied by a statement of material facts as to which the moving party contends there is no genuine issue, which statement shall include references to the parts of the record relied on to support the statement. Defendant's motion is accompanied by no such statement. Accordingly, it is this 31st day of January, 2007, hereby

　　**ORDERED** that the motion for summary judgment [#5] is denied.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Court