```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

IN RE:

RAYMOND BROWN                              *
CELEANA BROWN
                                           *
    Plaintiffs
                                           *
vs.
                                           *    CASE NO. 1:06CVO0364
HSBC FINANCE CORPORATION
d/b/a HOUSEHOLD FINANCE CORPORATION        *

    Defendant                              *

*       *       *       *       *       *       *

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. On January 30, 2003, in the Superior Court For The District of Columbia Civil Division, Plaintiffs Raymond Brown and Celeana Brown filed a First Amended Complaint to Set Aside Foreclosure Sale and Quiet Title, naming Household, Danoff, King & Hofmeister and David McCurdy t/a A.D.M., LLC as Defendants and alleging breach of contract (Count I), that the foreclosure was defective (Count II), all relating to a foreclosure sale that was held on February 11, 2002, at which Defendant A.D.M., LLC was the successful bidder (Please see exhibit 1, attached hereto).

2. On February 14, 2003, a Mutual Release and Settlement Agreement was signed by the Browns, Mr. McCurdy, Household Finance Corporation, Inc., and Danoff, King and Hofmeister (Please see exhibit 2, attached hereto).

3. On February 14, 2003, in the Superior Court For The District of Columbia Civil Division, a Praecipe of Dismissal with Prejudice was filed by the Plaintiffs, Raymond Brown and Celeana

Brown (Please see exhibit 3, attached hereto).

4. On May 1, 2003, in the Superior Court For The District of Columbia Civil Division, Attorney Darryl White filed a Motion To Withdraw as his services had been terminated by his client (Please see exhibit 4, attached hereto).

5. On April 25, 2003, in the Superior Court For The District of Columbia Civil Division, Plaintiffs Raymond Brown and Celeana Brown filed a Pro Se Motion to Vacate Consent Judgment, and also filed a Pro Se Motion to Re-Open Case (Please see exhibit 5, attached hereto).

6. On May 22, 2003, in the Superior Court For The District of Columbia Civil Division, Defendants Household, David McCurdy and A.D.M., LLC filed an Answer to the Plaintiffs' Motion to Strike Settlement (Please see exhibit 6, attached hereto).

7. On May 29, 2003, in the Superior Court For The District of Columbia Civil Division, Defendants Household, David McCurdy and A.D.M., LLC filed an Opposition to Plaintiffs' Motion to Re-Open Case (Please see exhibit 7, attached hereto).

8. On July 8, 2003, the Honorable John M. Campbell of the Superior Court For The District of Columbia Civil Division signed an Order denying Plaintiffs' Motion to Re-open Case (Please see exhibit 8, attached hereto).

9. On April 12, 2004, in the Superior Court For The District of Columbia Civil Division, Plaintiffs Raymond Brown and Celeana Brown filed a Request for A Temporary Restraining Order and PreLiminary Injunction (Please see exhibit 9, attached hereto).

10. On April 27, 2004, in the Superior Court For The District of Columbia Civil Division, Defendants Household, David McCurdy and A.D.M., LLC filed an Opposition To Plaintiff's Request For A Temporary Restraining Order and Preliminary Injunction(Please see exhibit 10, attached hereto) .

11. On April 27, 2004, the Honorable Mary Ellen Abrecht of the Superior Court For The District of Columbia Civil Division, signed an order denying the Plaintiffs' request for injunctive relief and dismissing the case for the reasons set for in the Defendants' Opposition (please see exhibit 11, attached hereto).

12. On June 15, 2004, in the Superior Court For The District of Columbia Civil Division, Plaintiffs Raymond Brown and Celeana Brown filed a second Request for A Temporary Restraining Order and PreLiminary Injunction (Please see exhibit 12, attached hereto).

13. On June 24, 2004, in the Superior Court For The District of Columbia Civil Division, Defendant NICA Investments, LLC., filed an Opposition To Plaintiff's Request For A Temporary Restraining Order and Preliminary Injunction (Please see exhibit 13, attached hereto).

14. On June 24, 2004, the Honorable Mary Ellen Abrecht of the Superior Court For The District of Columbia Civil Division, signed an order denying the Plaintiffs' request for injunctive relief (Please see exhibit 14, attached hereto).

WHEREFORE, Defendant prays that:

A. The Complaint be Dismissed;

B. The Court grant such other and further relief as is just.

/s/[Gerald Danoff]
Gerald Danoff, #01244
DANOFF & KING, P.A.
Suite 810
409 Washington Avenue
Towson, Maryland 21204
(410) 583-1686
Attorney for Defendant

CERTIFICATE OF MAILING

I hereby certify that on this 12th day of February, 2007, I mailed a copy of the foregoing document was mailed to Jeffrey E. Styles, Esquire, 1301 Pennsylvania Avenue, S.E., Washington, DC 20003, attorney for the Plaintiff.

/s/[Gerald Danoff]
Gerald Danoff