# EXHIBIT 3

Case 1:06-cv-00364-HHK    Document 8-5    Filed 02/12/2007    Page 1 of 2

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RAYMOND BROWN, \*

    Plaintiff \*

v. \*

DANOFF, KING & HOFMEISTER, \* Case No.: 02-005309
et al.,     Cal: 12
\* Judge Campbell

    Defendants

\* \* \* \* \* \* \* \* \* \*

**RECEIVED** Civil Clerk's Office FEB 1 4 2003 Superior Court of the District of Columbia Washington, D.C.

## PRAECIPE OF DISMISSAL WITH PREJUDICE

Plaintiffs Raymond Brown and Celeana Brown and Defendants Household Finance Corporation, Inc., Danoff, King & Hofmeister and David McCurdy t/a ADM, LLC,/, each by their undersigned counsel, pursuant to S.C.R. 41(a)(ii), stipulate to the DISMISSAL WITH PREJUDICE of the Amended Complaint, and any and all other claims brought in the above captioned action.

COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.

By: _____
Michael N. Russo, Jr.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404-2289
(410) 268-6600
Attorneys for David McCurdy and ADM
D.C. Bar No. 424712

LAW OFFICES DARRYL F. WHITE

By: _____
Darryl F. White
4308 Georgia Ave., N.W.
Washington, DC 20011
202-882-4880.
Attorneys for Browns
DC Bar No. 415229

Danoff, King & Hofmeister, P.A.

By: _____
Gerald Danoff
409 Washington Ave.
Suite 810
Towson, MD 21204
410-583-1686
Attorney for Household and Danoff, King

2/14/03