# EXHIBIT 5

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH
500 INDIANA AVENUE, N.W., ROOM JM 255
WASHINGTON, D.C. 20001

David McCurdy T/A ADMLLC
Landlord/Plaintiff

vs.

L&T 36500-02

Raymond ~ Celeana Brown
Tenant/Defendant

## MOTION --- (Pro Se)

Motion of: Raymond & Celean Brown  for  Vacate Consent Judgement
(State briefly what you want the Court to do)

Raymond & Celeana Brown
Printed Name

1457 Clairidge Rd
Address

Glen Oak MD 21207

Raymond E Brown
Signature

202-271-2449
Telephone Number

NOTICE OF HEARING  5/2/03

The Clerk will please set this motion for hearing on _____
At 10:00 a.m. in the Landlord and Tenant Court, Courtroom JM 16.

## CERTIFICATE OF SERVICE

On Friday April 25, 2003, I mailed this motion to all the lawyers in the case, the landlord(s) and the tenant(s) who do not have lawyers, as listed below:

David McCurdy
Name
1639 Hobart ST NW
Address
Wash DC 20009

Raymond E Brown
Name
1457 Clairidge Rd
Address
Glen Oak MD 21207

Raymond E. Brown
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and case, if any, that support your reasons.)

_____
Signature

CV-395/Jan 01

# Superior Court of the District of Columbia
## CIVIL DIVISION

RAYMOND E BROWN
1451 Clarridge Rd
Gwen Oaks, MD 21207 **Plaintiff**
vs.

Danoff, King & Hofmeister **Defendant**
409 Wash Ave
Towson MD 21204
And ADM LLC - 1639 Hobart St

**RECEIVED** Civil Clerk's Office **No.** 02-005309
APR 25 2003
Superior Court of the District of Columbia
Washington, D.C.

**MOTION OF:** _____ **for** **MOTION** Pro Se

(State briefly what you want the Court to do) Re-open Case #02-00539 Raymond Brown — wants to continue civil case against defendants, Lawyer filed motions not in Mr. Brown's best interest

**Printed name:** Raymond Brown
**Signature:**
**Address:** 1451 Clairidge Rd, Gwen Oak MD 21207
**Home phone no.** 202-291-2449
**Business phone no.** 202 865-6100

## CERTIFICATE OF SERVICE

On Friday 25, 20 03, I mailed this motion to all the lawyers in the case, the plaintiff(s) and/the defendant(s) who do not have lawyers, as listed below:

**Name:** Danoff, King + Hofmeister
**Address:** 409 Wash Ave, Towson MD 21204

**Name:** ADM LLC
**Address:** 1639 Hobart St NW, Wash DC 20009

Signature: Raymond E Brown

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Illegal Foreclosure Sale

Signature: Raymond E Brown

Form CV-393/Dec 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

Raymond E Brown

*Plaintiff*

vs.

Danoff, King + Hofmeister
409 Wash. Ave.
Towson Md 21204
and
A.D.M. LLC
1639 Hobart St. NW

*Defendant*

RECEIVED
Civil Clerk's Office
OCT 0 3 2002
Superior Court of the
District of Columbia
Washington, D.C.

No. 02-005309

**MOTION - (Pro-Se)**

MOTION OF: DC    for

(State briefly what you want the Court to do) Admend my complaint to include A.D.M LL buyer of said property in dispute to also void and invalidate foreclosure sale. H.F.C Mortgage Comp. recieving payments of mortgage. Request foreclosure be set aside, Mortage was reconstrutle and place back in original balance before foreclosure sale

Printed name: Raymond Brown

Signature: [signed]

Address: 6432 9th St NW DC

Home phone no. 202-882-7674
Business phone no. 201-865-6100

## CERTIFICATE OF SERVICE

On OCTOBER 4, 20 02, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Danoff, King + Hofmeister
Address: 409 Washington Ave.
Towson Md 21204

Name: A.D.M LLC
Address: 1639 Hobart St. NW
WES DC 20009

[signed] Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

See Attachment

[signed] Signature

Form CV-393/Dec 00



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
## DISTRICT OF COLUMBIA COURT OF APPEALS

515 FIFTH STREET, N.W., BUILDING A
WASHINGTON, D.C. 20001
(202) 638-1501
FAX (202) 638-0862

*OFFICE OF BAR COUNSEL APR 2 5 2003 RECEIVED*

Date: 4-25-03

A. COMPLAINANT: (Mr.) [X] Raymond C. Brown
(Mrs.) [X] Celeana M. Brown
(Ms.)
(First) (Initial) (Last)

Address: 1451 Clairidge Road
(Street) (Apt. #)
Gwen Oak    MD    21207
(City) (State) (Zip)

Raymond Brown Business Telephone: 202-865-6100 Nights    Home Telephone: 202-271-2449
(NOTE: It is very important that we have your telephone number(s))

B. ATTORNEY COMPLAINED OF:

Name: Darryl E. White
(First) (Initial) (Last)

Address: 4368 Georgia Ave NW
(Street)
Washington    DC    20011
(City) (State) (Zip)

Telephone No.: 202-882-4880

C. Have you filed a complaint about this matter anywhere else? If yes, please give details  NO — Will file objection in civil court Case # 02-005309

D. Landlord Tenant Court — Case # 036500-02 Please attach your retainer agreement with the attorney and (where applicable) state the name of the court where the underlying case was filed and the case name and number.
Will get copy of payments from Lawyers office

E. DETAILS OF COMPLAINT: Request to rescind consent Order Judgment for possession. Mr + Mrs Brown wanted Section #5 taken out of Consent Order — Ask Mr White to file for amendment, He didn't file instead he filed Emergency motion for Stay for Writ of Restitution

SEE REVERSE SIDE FOR REQUIRED SIGNATURE

E. DETAILS OF COMPLAINT (cont.): Mr + Mrs Brown didn't want to co-mingle the civil case with the Landlord and tenant case. It was not in our best interest to let HFC - off the civil case. When the purpose of hiring Mr White was for an civil case against HFC. We want our rights to go after HFC for illegal sale of 6932 9th St NW, DC. We filed the civil case 6/28/02 months before Landlord & tenant case.

THE UNDERSIGNED HEREBY CERTIFIES TO THE OFFICE OF BAR
COUNSEL THAT THE STATEMENTS IN THE FOREGOING COMPLAINT
ARE TRUE AND CORRECT TO THE BEST OF HIS/HER/THEIR KNOWLEDGE.

_____
SIGNATURE

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
**Landlord & Tenant Branch**

| | |
|---|---|
| ADM, LLC. | * |
| Plaintiff | * |
| v. | * |
| RAYMOND BROWN  CELEANA BROWN | * Case No.: : LT 36500-02 |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \*

### CONSENT JUDGMENT FOR POSSESSION WITH STAY

1. Plaintiffs ADM, LLC and Defendants Raymond Brown and Celeana Brown each by their undersigned counsel, stipulate that a JUDGMENT BY CONSENT for possession in favor of ADM against the Browns shall be entered with possession stayed pending provisions of paragraphs 2 and 3 below.

2. Browns shall have possession of the subject property until 6/15/03.

3. Browns [Butlers] pay ADM total of $4,500 rent in monthly installments due: March 15, 2003: $1,500; April 15, 2003: $1,500; and May 15, 2003: $1,500. Rent shall be paid into the Court. If any payment is missed, stay in paragraph 1 automatically lifts and ADM shall obtain immediate possession.

LAW OFFICE OF STEPHAN O. HESSLER

By: _____
Steven O. Hessler  #230112
729 Fifteenth Street, NW
Second Floor
Washington, DC 20005
202-393-8100
Attorney for ADM

LAW OFFICES DARRYL F. WHITE

By: _____
Darryl F. White
4308 Georgia Ave., N.W
Washington, DC 20011
Attorneys for Browns
202-882-4880
DC Bar No. 415229

February 14, 2003

## MUTUAL RELEASE AND SETTLEMENT AGREEMENT

Whereas, Raymond and Celeana Brown ("Browns") were owners in fee simple of property located at 6932 9th Street, N.W., Washington, DC 20012, Parcel 103/126 ("the Subject Property");

Whereas, Household Finance Corporation ("HFC") were grantees of a deed of trust from the Browns secured by the subject property ("HFC deed of trust");

Whereas, Gerald Danoff, Dennis W. King and C. Larrry Hoffmeister each attorneys with the law firm Danoff, King and Hoffmeister " (collectively "DKH") were substitute trustees on the HFC deed of trust,

Whereas, HFC contends that the HFC deed of trust was in default and that they instructed DKH to institute foreclosure proceedings;

Whereas, HFC and DKH contend that they properly noticed, advertised and otherwise conducted the foreclosure sale;

Whereas, the Browns dispute that they were in default or that the foreclosure sale was properly conducted;

Whereas, the foreclosure sale was conducted on February 11, 2002, and ADM, LLC ("ADM") purchased the subject property at the auction;

Whereas, the Browns instituted an action in the Superior Court for the District of Columbia, captioned *Raymond and Celena Brown v. Household Finance Corporation, Inc., Danoff, King & Hofmeister and David McCurdy t/a*

1

*ADM, LLC*, case no.: 02ca005309 seeking to set aside the foreclosure sale of the subject property ("title suit");

Whereas, ADM instituted proceedings in the Landlord and Tenant Branch of the Superior Court for the District of Columbia case no: LT 36500-02 seeking possession of the subject property ("L&T Suit");

Whereas, The parties wish to bring a resolution to all their controversies and to resolve all law suits between them;

Now therefore, without admitting any responsibility or liability for each or any of them, the parties hereto agree as follows:

1. In the L&T Suit, the parties stipulate that a judgment by consent for possession in favor of ADM against the Browns shall be entered; possession stayed pending provisions of paragraphs 2 and 3 below.

2. Browns shall have possession of the subject property until 6/15/03.

3. Browns [Butlers] pay ADM total of $4,500 rent in monthly installments due: March 15, 2003: $1,500; April 15, 2003: $1,500; and May 15, 2003: $1,500. Rent paid into the Court. If any payment missed, stay in paragraph 1 automatically lifts and ADM gets immediate possession.

4. On June 15, 2003 Household Finance Corp shall pay $1,500 to Butlers if the subject property is vacated and broom clean; or, to ADM if property not vacated and broom clean. If any monthly payment called for in paragraph 3 is late this $1,500 goes to ADM. HFC will pay the $1,500 to Council, Baradel, Kosmerl,. and Nolan P.A to be held in that

2

firm's escrow account pending a joint instruction from HFC and ADM as to payment.

5. Browns, HFC, DKH and ADM each dismiss with prejudice the pending title suit Browns agree never to challenge the foreclosure sale and to release any such claims to possession of or title to the subject property except as set forth above.

6. ADM may enter property one time with insurance representative for purpose of insurance inspection. Entry will occur in next 15 days to be coordinated through Deryl White, c

FOR AND IN CONSIDERATION of mutual promises and obligations contained herein, the sufficiency of which is hereby acknowledged, the undersigned, for themselves, their heirs, representatives, employees, shareholders, attorneys and members and assigns do hereby remise, release and forever discharge each other and their respective employees, agents, attorneys, insurers, representatives and servants, and any other persons, firms, corporations, or predecessor or successor corporate entities, including,. from any and all claims, causes of action, accounts, injuries, judgments or debts arising out of or in any way relating to the matters described including, but not limited to, those matters that were or could have been alleged or raised in the L&T suit or the title suit.

INTENDING TO BE LEGALLY BOUND HEREBY witness the hand and seals of the parties hereto:

(It is the parties' intention that this agreement may be signed in counterparts and that while this agreement must be executed by all parties

3

before it is valid, the signature of all parties need not appear on the very same document. It is sufficient that the signatures appear on copies of this document.)

WITNESSES:

X _____ (SEAL)
Raymond Brown

X _____ (SEAL)
Celeana Brown

ADM, LLC

By: _____
Name: David McCurdy
Title: Member

Danoff, King & Hofmeister

By: _____
Name: 
Title: 

Household Finance Corporation, Inc.

By: _____
Name: Donald J. Scarcella
Title: District Sales Manager

4