# EXHIBIT 9

# Superior Court of the District of Columbia
## CIVIL DIVISION

Celeana Brown
6932 9th NW
Wash DC 20012

*Plaintiff*

vs.

HFC c/o Donoff King, Hoffmeister
409 Wash Ave # 810
Towson Md 21204
and
NICA Investment LLC
7411 Rigg Rd # 107
Hyattsville Md 20783

*Defendant*

RECEIVED
CIVIL CLERK'S OFFICE
APR 12 2004
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

No. _____

**MOTION (Pro Se)**

MOTION OF: Plaintiff     for

(State briefly what you want the Court to do) No Entry into 6932 9th ST NW Wash DC 20012, No workers to enter, No altering, No selling of 6932 9th ST NW DC 20012, Said Property to be returned to rightful owners Celeana & Raymond Brown

Printed name: Celeana Brown
Address: 6932 9th ST NW DC 20012

Signature: Celeana Brown
Home phone no. 202-271-2449
Business phone no.

## CERTIFICATE OF SERVICE

On Monday 12th Day April, 2004, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: HFC c/o Donoff, King, Hoffmeister  Address: 409 Wash. Ave #810 Towson Md 20743 | Name: NICA Investment LLC  Address: 7411 Riggs Rd #107 Hyattsville Md 20743 |
|---|---|

Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____
_____
_____
_____

Signature

Form CV-393/Dec 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

Celenna Brown
6932 9th NW
Wash DC 20012

*Plaintiff*

vs.

HFC % Danoff King Hoffmeister
409 Wash Ave #810

and

NICA Investment
7411 Riggs Rd #107 Hyattsville, Md 20783

*Defendant*

**RECEIVED**
CIVIL CLERK'S OFFICE
APR 1 2 2004
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

No. 04-0002855

## MOTION - (Pro-Se)

MOTION OF: Plaintiff   for

(State briefly what you want the Court to do) NO ENTRY into 6932 9th St NW, NO workers to enter, NO renters, NO selling of 6932 9th St NW Wash DC. Said Property to be returned to rightful owners deceased Raymond Brown.

Printed name: Celenna Brown
Address: 6932 9th St NW Wash DC
Signature: X Celenna Brown
Home phone no. 202-271-2419
Business phone no.

## CERTIFICATE OF SERVICE

On Monday 12th day of April, 20 04, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: HFC % Danoff Kim Hoffmeister | Name: NICA Investment LLC |
|---|---|
| 409 Wash. Ave #810 | 7411 Riggs Rd #107 |
| Address: Towson Md 20743 | Address: Hyattsville Md 20743 |

Signature: Celenna Brown

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Illegal Foreclosure on 6932 9th St NW Washington DC 20012

Signature: Celenna Brown

Form CV-393/Dec 00