# EXHIBIT 11

Case 1:06-cv-00364-HHK    Document 8-13    Filed 02/12/2007    Page 1 of 2

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
Washington, D.C. 20001

Celeana Brown
6932 9th NW
Wash DC 20012
_____
*Plaintiff*

HFC. c/o Danoff vs. King Hoffmeister
409 Wash Ave # 810
Towson Md 21204

and

NKA Investment LLC   *Defendant*
7411 Rigg Rd # 107
Hyattsville Md 20743

Civil Action No. _____

**ORDER**
(TRO)

Upon consideration of the motion _____

filed by __Celeana Brown_____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this __27th__

day of __April_____, 200_4_,

ORDERED:

(1) That the motion be, and it is hereby,   ☐ GRANTED   ☒ DENIED

(2) That _this new case and the request for injunctive relief is dismissed and denied for reasons stated in Defendants' Opposition. See CA 5305-02, settled & dismissed with prejudice 2-14-03; Order Denying Motion to Reopen filed July 8, 2003 [Plf intends to pursue fraud charges]_

Copies to:
parties in court

_Mary Ellen Abrecht_
JUDGE

Form CV-545/Apr. 03