# EXHIBIT 12

## Superior Court of the District of Columbia
### CIVIL DIVISION

Raymond E Brown
Celeana S Brown
6932 9th st N.W.
Wash. D.C 20012

Plaintiff

vs.

HFC c/o Danoff, King, Hoffmeister
409 Wash. Ave # 810
Towson Md, 21204
    and
NICA Investment LLC
7411 Riggs Rd Md
Hyattville Md 20783

Defendant

RECEIVED Civil Clerk's Office JUN 15 2004 Superior Court of the District of Columbia Washington, D.C.

No. 0004521-04

**MOTION - (Pro-Se)**

for TRO

**MOTION OF:**

(State briefly what you want the Court to do) No Entry into 6932 9th NW (Wash. DC 20012) No Workers, No Renters or Leasers, No Selling of property To Be Return to Raymond + Celeana Brown

Printed name: Raymond + Celeana Brown

Address: 6932 9th st NW
Wash. DC 20012

Signature:

Home phone no.

Business phone no.

### CERTIFICATE OF SERVICE

On Tuesday 15th ____, 20__, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: H.F.C. c/o Danoff, King Hofemeister
Address: 409 Wash. Ave # 810
Towson Md 20743

Name: NICA Investment LLC
Address: 7411 Riggs Rd # 304
Hyattville Md 20743

Signature

### POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

House 6932 9th st NW was obtain by Fraudulent means by Mr Danoff HFC

Signature

Form CV-393/Dec 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

Raymond E Brown
Celeana S. Brown
6932 9th St NW 20012

_____ Plaintiff

vs.

HFC c/o Danoff, King, Hoffmeister
409 Wash. Ave
Towson Md 21204
NICA Investment LLC
7411 Riggs Rd # 304
Hyattville Md 20743

_____ Defendant

RECEIVED Civil Clerk's Office JUN 15 2004 Superior Court of the District of Columbia Washington, D.C.

No. 0004521-04

## MOTION - (Pro-Se)

MOTION OF: _____ for PI

(State briefly what you want the Court to do) No Entry into 6932 9th St NW, No worker to enter, No Selling of property, No Renting, No Leasing, 6932 9th NW to be Return to Raymond and Celeana Brown

Printed name: Raymond + Celeana Brown
Address: 6932 9th St NW Wash. D.C. 20012

Signature:
Home phone no. 202-271-2449
Business phone no.

## CERTIFICATE OF SERVICE

On _____, 20___, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: H.F.C. c/o Danoff, King, Hoffmeister
Address: 409 Wash. Ave # 816 Towson, Md 21204

Name: NICA Investments LLC
Address: 7411 Riggs Rd # 304 Hyattsville Md 20743

Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

House 6932 9th St NW was obtained by Fraudulent means by Mr. Danoff

Signature

Form CV-393/Dec 00