# EXHIBIT 14

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
Washington, D.C. 20001

Raymond E. Brown
Celeana S. Brown
6932 9th St N.W.
Wash. D.C. 20012

_Plaintiff_

vs.

H.F.C. c/o Danoff, King, Hoffmeister
Towson Md, 409 Wash. Ave
NICA Investment LLC.
7411 Riggs Rd #304
Hyattsville Md 20783    _Defendant_

Civil Action No. 0004521-04

## ORDER

Upon consideration of the motion __TRO__

filed by __Raymond E. Brown, Celeana S. Brown__

and after hearing argument on behalf of all parties concerned, it is, by the Court, this __24th__

day of __June__, 20 __04__,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED  ☒ DENIED

(2) That this ongoing dispute does not present an imminent danger of irreparable harm to Plaintiffs who were evicted in Oct. 2003

(3) That this denial of TRO relief is without any evaluation of the merits of Plaintiffs's fraud complaint by which they seek to undo prior court rulings.

Copies to:
parties in court

_Mary Ellen Abrecht_
JUDGE

Form CV-545/Apr. 03