UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND BROWN
CELEANA BROWN
    Plaintiffs

vs.

    CASE NO. 1:06CVO0364

HSBC FINANCE CORPORATION
d/b/a HOUSEHOLD FINANCE CORPORATION
    Defendant

ORDER FOR SUMMARY JUDGMENT

This matter came before the Court upon the filing of a Motion for Summary Judgment by the Defendants, HSBC Finance Corporation d/b/a Household Finance Corporation, III ("Household"), through Gerald Danoff, Esq. and Danoff & King, P.A., its attorneys. The Court has reviewed the Motion for Summary Judgment, and the Memorandum and Affidavit in support thereof and finds that the Defendant has shown good cause why Judgment should be entered. It is, therefore,

**ORDERED,** that Summary Judgment be entered against the Plaintiffs as to all counts in the Complaint and it is further

**ORDERED,** that this case be dismissed with prejudice in its entirety.

CC:
Gerald Danoff, Esquire
Danoff & King, PA
409 Washington Ave., Suite 810
Towson, Maryland 21204
410-583-1686
Attorney for Defendant

Jeffrey E. Styles, Esq.
1301 Pennsylvania Ave., S.E.
Washington, D.C. 20003
Attorney for Plaintiffs

**END OF ORDER**

1