UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BROWN, et al.,**<br><br>        Plaintiffs,<br><br>        v.<br><br>**HSBC FINANCE CORPORATION d/b/a HOUSEHOLD FINANCE CORPORATION III,**<br><br>        Defendant. | Civil Action 06-00364 (HHK) |

**JUDGMENT**

For the reasons articulated in the memorandum issued by the court this same day, it is this 6th day of April, 2007, hereby

**ORDERED** that judgment is entered in favor of defendant.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge