# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAYMOND BROWN & CELEANA BROWN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v ) | **Civil Action No. 06 CV 00364** |
| ) | |
| **HSBC FINANCE CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S MOTION TO VACATE AND REINSTATE

COMES NOW Plaintiff, by and through undersigned counsel, and respectfully requests this Honorable Court to Vacate its earlier order of dismissal for want of prosecution (entered and docketed on April 6, 2007) and Reinstate the above captioned matter.  In support of this Plaintiff states the following:

1. On or about December 15, 2006 Plaintiffs' counsel experienced a computer failure the required the replacement of several computers in his office and the reinstallation of computer software including his email software (Microsoft Outlook).

2. Unbeknownst, to Plaintiffs' counsel this changed caused the filtering out of all email from DCD_ECFNotice@dcd.uscourts.gov the new email was filtering this address as junk mail and deleting it from the system.

Page | 1

3. This situation did not become known to counsel, until a similar problem had been detected in email from the District of Columbia Superior Court electronic filing and notification was detected earlier this month.

4. The error was heighten even more by the fact the counsel's assistant thinking that counsel had received the electronic notification filed all hard copy of Motions, Notices and Orders in the case file.

5. This matter is only case that Plaintiffs' counsel currently has before this Court and the lack of email did not immediately raise any concern, although after reviewing the docket the long period of inactivity should have raised concern on counsel's part.

6. Plaintiffs' counsel has since corrected the junk mail filtering problem and has been assured by his Internet Service Provider (ISP) that this problem should not occur in the future.

7. Plaintiffs' counsel realizes that this error caused great inconvenience to this Court and to opposing counsel, but proffers that this error was made in good faith.

WHEREFORE, for all these presents the Plaintiff respectfully requests that the instant motion be granted.

Respectfully submitted
Washington Legal Group

\_\_/S/ Jeffery W. Styles_____
Jeffery W. Styles, Bar No. 475264
For Plaintiff
1301 Pennsylvania Avenue SE
Washington, D.C. 20003
(202) 544-9433

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAYMOND BROWN & CELEANA BROWN ) | |
| Plaintiff, ) | |
| v ) | Civil Action No. 06 CV 00364 |
| HOUSEHOLD FINANCE CORPORATION aka HFC ) | |
| Defendant. ) | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

In support of the above mentioned facts Plaintiff relies on Fed. R. Civ. P. 60 (a) and (b) 1, which states:

> *(a) Clerical Mistakes. Clerical mistakes in judgments, order or other parts of the record and errors therein arising from oversight or omission may be corrected by the Court at anytime of its own initiative or on the motion of any party and after such notice, if any, as the Court orders………*
>
> *(b) Mistakes; inadvertence; excusable neglect; newly discovered evidence; fraud, etc. On motion and upon such terms as are just the Court, may relieve a party or a parties legal representative from a final judgment, order, or proceeding for the following reasons: (1) Mistake, inadvertence, surprise, or excusable neglect….*

## **CONCLUSION**

In conclusion, Plaintiff asserts that a lack of receipt of the e-mail alert from the Electronic Case Management (ECM) to Plaintiffs' counsel constitutes clerical error in accordance with Fed. R. Civ. P. 60 (a).

Furthermore, even if this Honorable Court concludes that there was no clerical error, it could also rely on Fed. R. Civ. P. 60 (b)1 mainly the lack of receipt of notification and responses on the part of Plaintiffs' counsel would constitute an inadvertent mistake or excusable neglect. Said mistake caused no harm to either party, in that Defendant counsel has not lost his ability to adequately defend his clients from the allegations made by Plaintiffs and neither party has been prejudiced in their ability to seek discovery and make a clearly assessment of the position of both parties.

Accordingly if this Honorable Court were to find either a clerical error or mistake, then its Order of Dismissal for Want of Prosecution would be too harsh and prejudicial to Plaintiffs because of the error of their counsel and there are other sanctions or penalties available to the Court short of dismissal that would express the Court's displeasure without prevent clients to have their day in Court.

    Respectfully submitted
    Washington Legal Group

    _____/S/ Jeffery W. Styles_____
    Jeffery W. Styles, Bar No. 475264
    For Plaintiff
    1301 Pennsylvania Avenue SE
    Washington, D.C. 20003
    (202) 544-9433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing and attached was sent via electronic filing and mailed, U.S. postage prepaid this 17th day of May, 2007 to:

Gerald Danoff
DANOFF& KING
409 Washington Avenue
Suite 810
Towson, MD 21204-4903

                                            ____/S/ Jeffery W. Styles_____
                                            Jeffery W. Styles

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND BROWN & CELEANA BROWN**   )<br>)<br>**Plaintiff,**   )<br>)<br>v   )   Civil Action No. 06 CV 00364<br>)<br>)<br>**HOUSEHOLD FINANCE CORPORATION aka HFC**   )<br>)<br>**Defendant.**   )<br>_____) | |

**ORDER**

This matter having come before the court on Plaintiff's Motion to Vacate and Reinstate, for good cause and to insure the best interest of justice and equity to the parties it is this _____ day of _____, 2007

ORDERED, that Plaintiff's Motion to Vacate, Reinstate is granted.

ORDERED, that Scheduling Conference for this matter be set for _____, 2007.

SO ORDERED.

_____
Hon. Henry H. Kennedy Jr.
United States District Judge