UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN and <br> CELEANA BROWN <br> <br>     Plaintiff <br> <br> vs. <br> <br> HSBC FINANCE CORPORATION <br> D/B/A HOUSEHOLD FINANCE CORPORATION <br> <br>     Defendants | * <br> * <br> * <br> * <br> *     Case No.: 1:06CV00364 <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S RESPONSE TO MOTION TO VACATE AND REINSTATE**

NOW COMES Defendant, HSBC Finance Corporation d/b/a Household Finance Corporation III ("Household"), by Gerald Danoff, Esq. and Danoff & King, P.A., its attorneys, and states:

1. Plaintiffs' Motion was filed under Federal Rule 60. Only Rule 60(b) is applicable to the facts.

2. The Plaintiffs have failed to address the fact that both the Motion for Summary Judgment and the Amended Motion were sent to the Movant by first class mail. In the ordinary course of business a copy of the envelope containing the amended Motion for Summary Judgment was kept by the Defendant's Attorney (Attached hereto and marked as exhibit 1 is a copy of the envelope that was used to mail the Amended Motion for Summary Judgment to the Plaintiffs' Counsel on February 12, 2007).

3. The Plaintiffs still have not yet filed an answer to the Amended Motion for Summary Judgment.

4. The Plaintiffs signed a Mutual Release and Settlement Agreement (see Exhibit 2 in Amended Motion for Summary Judgment). Subsequently, the Browns have filed 3 actions in the Superior Court for the District of Columbia Civil Division, all of what have been dismissed because of the Release. The Browns have filed the same complaint in this Honorable Court.

5. Irrespective of the alleged computer mistake, Counsel for the Plaintiffs had adequate notice of the proceedings by first class mail.

6. Irrespective of the alleged mistakes, Plaintiffs have failed to document a meritorious defense to the Motion for Summary Judgment and the Amended Motion for Summary Judgment.

WHEREFORE for reasons set forth above, Defendant Household respectfully requests that this Court:

A. Deny the Motion to Vacate and Reinstate

B. Providing any further relief as the Court may deem appropriate.

Respectfully submitted,
DANOFF & KING, P.A.

/s/ [Gerald Danoff]
Gerald Danoff, #01244
Danoff & King, P.A.
409 Washington Avenue, Suite 810
Towson, MD 21204
(410)583-1686
*Attorney for Defendant Household*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 23rd day of May, 2007, a copy of the foregoing document was mailed, U.S. postage prepaid, to the following:

Jeffrey E. Styles, Esq., 1301 Pennsylvania Avenue, S.E., Washington, D.C. 20003, attorney for the Plaintiffs.

                                              /s/[Gerald Danoff]
                                              Gerald Danoff