DANOFF & KING, P.A.
Mercantile Building
409 Washington Ave.
Suite 810
Towson, MD 21204

Jeffrey E. Styles, Esq.
1301 Pennsylvania Ave., S.E.
Washington, DC 20003

