UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>HSBC FINANCE CORPORATION d/b/a HOUSEHOLD FINANCE CORPORATION III,<br><br>             Defendant. | Civil Action 06-00364 (HHK) |

**ORDER**

    Before the court is plaintiffs' motion to vacate the court's entry of judgment in favor of defendant, which judgment was entered April 6, 2007, and to reinstate this action [#11].  Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that the motion must be denied.  Accordingly, it is this 19th day of June, 2007, hereby

    **ORDERED** that the motion to vacate and reinstate is denied.

                                                                         Henry H. Kennedy, Jr.
                                                                         United States District Court