IN THE UNITED STATE DISTRICY COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND BROWN            )
CELEANA BROWN            )
715 CRITTENDEN ST NE     )            CA NO:1:06-cv-00364-HHK
WASHINGTON, D.C. 20017   )
PRO-SE

        Plaintiff,

vs.

HSBC FINANCE CORPORTION                      )
d/b/a HOUSEHOLD FINANCE CORPORATION 111      )
A Delaware Corp.                             )
2700 Sanders Road                            )
Prospect Heights, IL 60070                   )

        Defendant

-----------------------------------------------------------------

MOTION FOR RCONSIDERATION DUE TO NEGLIGENCE
DUE TO NEGLIGENCE AND INCOMPENENCE BY COUNSEL

Raymond Brown comes pro-se to request said case to be reopen due to Counsel Jeffrey W. Styles Esq. negligence and incompetence.. Mr. Styles failed to do his job compactly. Mr. Styles failed to file necessary documents to oppose motions sent by defendants. Mr. Styles was given copies of the motion for summary judgment by the Brown's on two occasions prior to deadline along with reminder phone calls by the Brown's. The Brown's called Mr. Styles at least a dozen times to ensure that there were no mistakes in filing opposition to the motion of summary judgment in a timely manner by Mr. Styles. The Brown's stated to Mr. Styles that we did not want our case dismissed like before due to Mr. Style not responding. Mr. Styles assured the Brown's that he would file an opposition to the summary judgment in time and our case would not be dismissed again. Mr. Styles filed in Federal Court assuring the Brown's there would not

be a dismissal as it was in District Court with Judge Albright, which the Brown's got there case on the court docket pro-se, then hired Mr. Styles to defend them. Household Finance Corp. committed fraud and bribery to defraud the Brown's out of there house at 6932 9th ST NW, Washington, D.C. 20012. The Brown's has supporting documents to show these infractions by Household Finance Corp. HFC used Raymond Brown's social security number to commit fraud and bribery. Raymond Brown has proof to show this illegal use of his social security number along with other fraudulent documents that were used to defraud the Brown's. The Brown's want there chance in court to prove there case. The Brown's are now hiring another attorney to represent them in this case. The Brown's have terminated Jeffrey W. Styles, due to his negligence and incompetence. Mr. Styles did not inform the Brown's of the order denying his request to have the case reopen, once again the Brown's had to go to the court and found out that way. Mr. Brown called Mr. Styles on June 21, 2007 and was told by Mr. Styles he did not have answer from the court yet. Approximately July 9th or 11th Mrs. Brown called Mr. Styles informed him we went to the court again for ourselves and got the order. Mr. & Mrs. Brown beg the court to give our case back due to the lack of proper counsel.

Respectfully Submitted,

*[signature]*

Raymond E. Brown
Celeana M. Brown

*[signature]* 7/19/07

2007 JUL 19 PM 4:26
NANCY M. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 19TH DAY OF July, 2007 a copy of the foregoing Plaintiff motion for Reconsideration was mailed certify by post office to the following below

Raymond E. Brown
Celeana M. Brown

*[signatures: Raymond Brown, Celeana Brown, 7/19/07]*

Household Finance Corp
c/o Gerald Danoff and King
409 Washington AVE.
Suite 810
Towson, MD   21204-4903

*[Received stamp: 2007 JUL 19 PM 4:26, NANCY M. MAYER-WHITTINGTON CLERK, U.S. DISTRICT COURT DISTRICT OF COLUMBIA]*

July 16, 2997

Celeana M. Brown
715 Crittenden St NE
Washington, D.C. 20017

Washington Legal Group
Jeffery W. Styles, Esq.
1301 Penn. Ave SE
Washington, D.C. 20003

Dear Mr. Styles:

    It comes with much disappointment that I must terminate you as the Brown's Lawyer. Mr Styles you have once again caused our case against Household Finance Corporation to be dismissed due to your incompetence. You have harmed us by your negligence of not responding to the motion for summary judgement by the opposing side ( HFC). This malpractice is not acceptable. Mr. Styles the Brown's came to your office with a copy of the motion in a timly manner for you to send in a motion objecting to any summary judgement by the opposition. Mr. Styles you failed to do so, which caused our case to be dismissed. You have done this infraction twice against the Brown's. Mr. Styles you did the same infraction in our superior court case which we got on the court calender pro-se. Your negligence has caused us harm in pursuing our case of fraud against Household Finance Corp.

Sincerely,

*Celana B*
Raymond Brown
Celeana Brown

*Raymond E Brown*

4/4/07

JURY, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00364-HHK
### Internal Use Only

BROWN et al v. HSBC FINANCE CORPORATION
Assigned to: Judge Henry H. Kennedy
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/01/2006
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**Plaintiff**
RAYMOND BROWN

represented by **Jeffery Warren Styles**
THE WASHINGTON LEGAL GROUP
1301 Pennsylvania Avenue
Washington, DC 20003
(202) 554-9433
Fax: (202) 544-9434
Email: jstyles@washlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
CELEANA BROWN

represented by **Jeffery Warren Styles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
HSBC FINANCE CORPORATION
*A Delaware Corporation*
*doing business as*
HOUSEHOLD FINANCE
CORPORATION III

represented by **Gerald Danoff**
DANOFF & KING
409 Washington Avenue
Suite 810
Towson, MD 21204-4903
(410) 583-1686
Fax: 410-583-1514
Email: gdanoff@dkhlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| Date | # | Description |
|---|---|---|
| 03/01/2006 | 1 | COMPLAINT against HSBC FINANCE CORPORATION (Filing fee $ 250) filed by RAYMOND BROWN, CELEANA BROWN.(tg, ) (Entered: 03/03/2006) |
| 03/01/2006 |   | Summons (1) Issued as to HSBC FINANCE CORPORATION. (tg, ) (Entered: 03/03/2006) |
| 07/03/2006 | 2 | Summons Returned Unexecuted by RAYMOND BROWN, CELEANA BROWN as to HSBC FINANCE CORPORATION. (lc, ) (Entered: 07/06/2006) |
| 08/29/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. HSBC FINANCE CORPORATION served on 7/7/2006, answer due 7/27/2006 (Attachments: # 1 Exhibit)(lc, ) (Entered: 08/30/2006) |
| 09/12/2006 | 4 | ANSWER to Complaint filed by HSBC FINANCE CORPORATION. Related document: 1 Complaint filed by RAYMOND BROWN,, CELEANA BROWN,.(Danoff, Gerald) (Entered: 09/12/2006) |
| 10/10/2006 | 5 | MOTION for Summary Judgment by HSBC FINANCE CORPORATION. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Text of Proposed Order)(Danoff, Gerald) Modified on 10/11/2006 (lc, ). (Entered: 10/10/2006) |
| 01/04/2007 | 6 | Order for Initial Scheduling Conference. Initial scheduling conference set for February 8, 2007, at 10:30 a.m., in Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on January 4, 2006. (FL, ) (Entered: 01/04/2007) |
| 01/04/2007 |   | Set Hearings: Scheduling Conference set for 2/8/2007 @ 10:30 AM in Courtroom 27A before Judge Henry H. Kennedy. (ztj, ) (Entered: 01/04/2007) |
| 01/31/2007 | 7 | Order denying 5 defendant's motion for summary judgment. Signed by Judge Henry H. Kennedy, Jr., on January 31, 2007. (FL, ) (Entered: 01/31/2007) |
| 01/31/2007 |   | Conference currently scheduled for Thursday, February 8, 2007 @ 10:30am is now canceled. (tj ) (Entered: 01/31/2007) |
| 02/01/2007 |   | Reset Hearings: Conference previously scheduled for 2/8/07 is now RESCHEDULED for 4/13/2007 @ 11:30 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 02/01/2007) |
| 02/06/2007 |   | (Court only) ***Documents terminated (Entered: 02/06/2007) |
| 02/12/2007 | 8 | MOTION for Summary Judgment AMENDED MOTION for Summary Judgment and Memorandum of Points and Authorities in Support of Defendant's Motion For Summary Judgment with Certificates of Service by HSBC FINANCE CORPORATION. (Attachments: # 1 Statement of Facts # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Text of Proposed |

202-
202 367 4441

April 13, 2007

1:50 pm

Mr Styles,

Mr. and Mrs Brown went to court today 4/13/07 we were told by the Judge, <u>aren't you in contact with your Lawyer.</u>

We came by April the 4, 2007 with a copy of the other side Motion with a request for you to respond to there motion you failed to do so. You know how long we have been fighting to get our house return and the problems we're having with Lawyers HFC <u>Fraud</u> case. Fix this!
no phone calls to tell us not to go to court

Raymond & Celeang Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HSBC FINANCE CORPORATION<br>d/b/a HOUSEHOLD FINANCE<br>CORPORATION III,<br><br>　　　　　Defendant. | Civil Action 06-00364 (HHK) |

## ORDER

Before the court is plaintiffs' motion to vacate the court's entry of judgment in favor of defendant, which judgment was entered April 6, 2007, and to reinstate this action [#11]. Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that the motion must be denied. Accordingly, it is this 19th day of June, 2007, hereby

**ORDERED** that the motion to vacate and reinstate is denied.

　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　United States District Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dennis F. and King
409 Washington Ave
Suite 810
Towson, Md 21204-4903

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7006 2760 0001 2535 9429

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952