UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HSBC FINANCE CORPORATION<br>d/b/a HOUSEHOLD FINANCE<br>CORPORATION III,<br><br>　　　　　Defendant. | Civil Action 06-00364 (HHK) |

ORDER

　　Before the court is plaintiffs' motion for reconsideration [#14]. Plaintiffs ask the court to reconsider two prior orders of this court: (1) the court's entry of judgment in favor of defendant [#11] and (2) the court's denial of plaintiffs' motion to vacate the judgment and reinstate the action [#13]. Defendant has not filed any opposition.

　　Upon consideration of the motion, the court determines that the motion must be denied. Accordingly, it is this 28th day of February 2008, hereby

　　**ORDERED** that plaintiffs' motion to reconsider [#14] is denied.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge